# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ADVANCED EDUCATION SYSTEMS, LLC
d/b/a TrainingPro®
    Plaintiff

**S U M M O N S**

vs.

CIVIL ACTION NO. __MJG-10-1253__

MTI SERVICES CORPORATION
d/b/a MORTGAGE TRAINING INSTITUTE
    Defendant

**TO THE ABOVE NAMED DEFENDANT <u>MTI SERVICES CORPORATION d/b/a MORTGAGE TRAINING INSTITUTE</u>:**

Serve on:

    Jonathan M. Exley
    4155 E. Jewell Avenue, Suite 310
    Denver, Colorado 80222

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

    29 W. Susquehanna Avenue, Suite 600
    Towson, Maryland  21204

**an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

    Sincerely,

    Felicia C. Cannon, Clerk

**By:** _____
    **Deputy Clerk**

**DATE:** May 19, 2010