IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ADVANCED EDUCATION SYSTEMS, LLC d/b/a TrainingPro® <br><br> Plaintiff, <br><br> v. <br><br> MTI SERVICES CORPORATION d/b/a MORTGAGE TRAINING INSTITUTE <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:10-cv-1253-MJG |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ]   I certify, as counsel in this case, that Advanced Education Systems, LLC d/b/a TrainingPro® is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[ ]   The following corporate affiliations exist with Advanced Education Systems, LLC d/b/a TrainingPro®:

[ ]   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Dated:  May 21, 2010

          /s/
Joshua A. Glikin (#26852)
BOWIE & JENSEN, LLC
29 W. Susquehanna Avenue,
Suite 600
Towson, Maryland  21204
(410) 583-2400

*Counsel for Plaintiff, Advanced Education Systems, LLC d/b/a TrainingPro®*