IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ADVANCED EDUCATION SYSTEMS, LLC <br> d/b/a Training Pro® <br><br> Plaintiff, <br><br> v. <br><br> MTI SERVICES CORPORATION <br> d/b/a MORTGAGE TRAINING INSTITUTE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:10-cv-01253-MJG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT**

By the Court's order entered on November 30, 2010, Defendant MTI Services Corp. d/b/a Mortgage Training Institute's response to the Complaint is presently due on December 17, 2010, 2010. Defendant, by and through undersigned counsel, hereby requests a further extension of time to answer or otherwise respond to the complaint to and until January 13, 2011. In support of this motion, defendant states the following:

1. Settlement discussions continue, and we are optimistic that the case will settle.

2. Defendant believes that granting this request will not prejudice plaintiff and will not unduly delay resolution of the case.

3. Pursuant to Local Rule 105.9, defendant's counsel conferred with plaintiff's counsel to ascertain if plaintiff would consent to the requested extension of time.  The court is advised that plaintiff consents to the requested extension of time.

**CONCLUSION**

For the reasons stated above, this motion should be granted.

Respectfully submitted this 16th day of December, 2010.

        s/ James E. Anderson
        James E. Anderson
        Bar No. 24087
        Howe, Anderson & Steyer, P.C.
        1250 I Street, N.W., Suite 650
        Washington, D.C.   20005
        (202) 296-5680   Telephone
        (202) 331-8049   Facsimile
        janderson@haspc.com

        Attorneys for Defendant MTI Services
        Corp. d/b/a Mortgage Training Institute